JODI LINKER
Federal Public Defender
Northern District of California
ANA BOTELLO
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ana_botello@fd.org

Counsel for Defendant Jackson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 25-286 JSC |
| Plaintiff, | **DEFENDANT'S MOTION TO WAIVE DEFENDANT'S APPEARANCE** |
| v. | |
| MARLA JACKSON, | |
| Defendant. | |

    Marla Lee Jackson is scheduled to appear for a status hearing before the Court on October 22, 2025. Having conferred, the parties anticipate that Wednesday's hearing will only be status conference where counsel will update the court as to this matter. Pursuant to Federal Rule of Criminal Procedure 43(b)(3): Defendant's Presence is not required when the proceeding involves only a conference or hearing on a question of law.

    Ms. Jackson is out of custody and living in Humboldt County, California. She received a Summons to appear in Court and appeared in person for her Initial Appearance at the Eureka Federal Courthouse on September 23, 2025 where she was appointed counsel. Ms. Jackson is not

only indigent as far as her inability to retain counsel, but relies on food stamps and financial assistance to get by as she is not employed. Traveling to San Francisco for the purposes of appearing in person for this hearing would be very costly to her already low resources. Respectfully, Ms. Jackson requests to waive her presence for the October 22, 2025 hearing only. Undersigned counsel maintains good communication with Ms. Jackson and will keep her updated. Upon information and belief, Ms. Jackson is in compliance with all of her conditions of pretrial release.

      Undersigned counsel contacted assigned AUSA Colin Sampson regarding waiving Ms. Jackson's appearance for this hearing and he indicated he was opposed to such request. Mr. Sampson further indicated he would be out of the office until the day before the hearing.

RESPECTFULLY SUBMITTED

October 15, 2025
Dated

JODI LINKER
Federal Public Defender
Northern District of California

      /S
ANA BOTELLO
Assistant Federal Public Defender

MOTION TO WAIVE DEFENDANT'S APPEARANCE
*JACKSON*, CR 25-118 RS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 25-286 JSC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER WAIVING DEFENDANT'S APPEARANCE** |
| v. | |
| MARLA JACKSON, | |
| Defendant. | |

Good cause appearing, the Court hereby grants Defendant's Motion to Waive Defendant's Appearance on October 22, 2025.

IT IS SO ORDERED.

_____ _____
Dated                                                        JACQUELINE S. CORLEY
                                                             United States District Judge